WARREN ROSEVELT, Respondent, *v.* ALEXANDER McGRAW, Appellant.

(Argued April 11, 1892; decided April 26, 1892.)

APPEAL from order of the General Term of the Superior Court of the city of New York, made October 10, 1891, which affirmed an order of Special Term granting a motion for a reference and appointing a referee.

*John Brooks Leavitt* for appellant.

*William G. Bussey* for respondent.

Agree to affirm ; no opinion.

All concur.

Order affirmed.

THE PEOPLE ex rel. ALICE STOBO, Respondent, *v.* JAMES S. EADIE, as President, etc., et al., Appellants.

| 133b573 |
| 159  259 |

(Argued April 11, 1892; decided April 26, 1892.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made February 18, 1892, which affirmed an order of Special Term directing a peremptory writ of mandamus to issue.

*Lemuel Skidmore* for appellants.

*James J. Allen* for respondent.

Agree to affirm on opinion below.

All concur, except GRAY J., dissenting.

Order affirmed.